UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 21-cv-00305-PLF |
| ) | |
| ALL PETROLEUM-PRODUCT CARGO ) | |
| ABOARD THE ACHILLEAS WITH ) | **UNDER SEAL** |
| INTERNATIONAL MARITIME ) | |
| ORGANIZATION NUMBER 9398072, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW, the United States of America, by and through undersigned counsel, and respectfully moves for an order to place and maintain under seal, until further order of this Court, the motion for interlocutory sale, declaration in support, and proposed order, any order granting the motion for interlocutory sale, this motion to seal and proposed order, and any order granting this motion. In support whereof, the government states as follows:

This case concerns the illicit sale of Iranian oil for the benefit of the Islamic Revolutionary Guard Corps ("IRGC") and the IRGC-Qods Force ("IRGC-QF"). On April 15, 2019, the United States designated the IRGC, including the IRGC-QF, as a foreign terrorist organization. *See* https://www.govinfo.gov/content/pkg/FR-2019-04-15/pdf/2019-07415.pdf. The designation noted that the IRGC actively finances and promotes terrorism.

The owners of the Achilleas have received threats in connection with this case. The United States anticipates that threats may also be made against potential purchasers of the defendant property in an effort to disrupt any sale. The risk of public harm is a basis to seal. *See Washington*

*Post v. Robinson*, 935 F.2d 282, 287-89 (D.C. Cir. 1991); *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Commn'ns, Inc.*, 435 U.S. 589, 598 (1978)).

WHEREFORE, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court place and maintain under seal the motion for interlocutory sale, declaration in support, and proposed order, any order granting the motion for interlocutory sale, this motion to seal and proposed order, and any order granting this motion until further order of this Court.

The United States further requests authorization to disclose any order granting the motion for interlocutory sale to potential purchasers, regulators, and other persons and entities necessary for the United States to accomplish the interlocutory sale of the defendant property, as well as to disclose any of the above-listed documents in order to comply with any discovery, Giglio, or Brady obligations in any criminal case.

\* \* \*

Dated: February 3, 2021
       Washington, D.C.

                                                              Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By: /s/ *Michael P. Grady*
MICHAEL P. GRADY
D.C. Bar No. 492947
BRIAN P. HUDAK
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7649

JOHN C. DEMERS
Assistant Attorney General
National Security Division

By: /s/ *David Lim*
DAVID LIM
Trial Attorney
Counterintelligence & Export Control Section
National Security Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
202-514-0510

*Attorneys for the United States of America*