UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>     Plaintiff,                              )<br>                                                          )<br>     v.                                         )<br>                                                          )<br> ALL PETROLEUM-PRODUCT CARGO )<br> ABOARD THE ACHILLEAS WITH  )<br> INTERNATIONAL MARITIME        )<br> ORGANIZATION NUMBER 9398072, )<br>                                                          )<br>     Defendant.                           )<br>                                                          ) | Civil Action No. 21-0305 (PLF)<br>[UNDER SEAL] |

ORDER

      Before the Court is the United States' motion [Dkt. No. 3] for leave to file under seal its motion for interlocutory sale, declaration in support, and proposed order; any order granting the motion for interlocutory sale; its motion to seal and proposed order; and any order granting this motion.  Upon consideration of the United States' motion, it is hereby

      ORDERED that the United States' motion [Dkt. No. 3] to seal is GRANTED; it is

      FURTHER ORDERED that the Clerk of the Court shall place and maintain under seal the motion for interlocutory sale, declaration in support, and proposed order; any order concerning the motion for interlocutory sale; the motion to seal [Dkt. No. 3] and proposed order; and this order until further order of the Court; and it is

FURTHER ORDERED that the United States is authorized to disclose any of the above-listed documents in order to comply with any discovery, <u>Giglio</u>, or <u>Brady</u> obligations in any criminal case.

SO ORDERED.

>    /s/
> PAUL L. FRIEDMAN
> United States District Judge

DATE:  February 5, 2021