UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE ACHILLEAS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9398072,<br><br>Defendant *In Rem*, and<br><br>FUJAIRAH INTERNATIONAL OIL & GAS CORPORATION,<br><br>Claimant | Civil Case No. 21-cv-305 (PLF) |

## VERIFICATION

I, Hani Ali, on behalf of Fujairah International Oil & Gas Corporation ("FIOGC"), verify under penalty of perjury under the laws of the United States of America that I have authority to act on behalf of FIOGC, and that the foregoing Verified Claim in this matter is true and correct.

Executed this 10th day of March, 2021 in Dubai, UAE.

*[signature: Hany]*

Hani Ali
Commercial Manager
on behalf of Fujairah International Oil & Gas Corporation

#82661039_v1