UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE ACHILLEAS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9398072,<br><br>Defendant. | Civil Action No. 21-0305 (PLF) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as co-counsel for the United States of America in the above-captioned case.

Dated: March 29, 2021
       Washington, DC

                                        Respectfully submitted,


                                        _____/s/ Brian P. Hudak_____
                                        BRIAN P. HUDAK
                                        Assistant United States Attorney
                                        555 Fourth Street, NW
                                        Washington, DC 20530
                                        (202) 252-2549

                                        *Attorney for the United States of America*