## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 21-0305 (PLF)** |
| | **:** | |
| **ALL PETROLEUM PRODUCT CARGO** | **:** | |
| **ABOARD THE ACHILLEAS WITH** | **:** | |
| **INTERNATIONAL MARITIME** | **:** | |
| **ORGANIZATION NUMBER 9398072,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Trial Attorney David Lim as

co-counsel for the United States of America in the above-captioned case.

Dated:  April 1, 2021
        Washington, DC

                        Respectfully,


                        _____/s/ David Lim_____
                        David Lim
                        Trial Attorney
                        Counterintelligence and Export Control Section (CES)
                        U.S. Department of Justice (National Security Division)
                        950 Pennsylvania Avenue, NW
                        Suite 7700D
                        Washington, D.C. 20530
                        Tel:     (202) 514-0510
                        Email: david.lim2@usdoj.gov