UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE ACHILLEAS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9398072,<br><br>  Defendant. | Civil Action No. 21-0305 (PLF) |

## NOTICE OF EXTENSION OF POTENTIAL CLAIMANTS' CLAIM DEADLINE

By and through its undersigned counsel, Plaintiff the United States of America ("United States" or Government") respectfully submits this notice.

Pursuant to Supplemental Rule G(4)(b)(ii)(B) of the Federal Rules of Civil Procedure, the United States has agreed to extend the claim deadline in this action for the plaintiffs in the following actions until 30 days following final resolution (including the conclusion of any appeals) of the United States' anticipated motion to quash the writs entered in those actions concerning the Defendant Property: (1) *Greenbaum v. Islamic Republic of Iran*, Civ. A. No. 02-2148 (RCL) (D.D.C.); (2) *Acosta v. Islamic Republic of Iran*, Civ. A. No. 06-0745 (RCL) (D.D.C.); (3) *Beer v. Islamic Republic of Iran*, Civ. A. No. 06-0473 (RCL) (D.D.C.); and (4) *Kirschenbaum v. Islamic Republic of Iran*, Civ. A. No. 03-1708 (RCL) (D.D.C.).  The plaintiffs in these actions (collectively, the "Greenbaum Plaintiffs") and the United States have agreed on a schedule to brief the United States' anticipated motion to quash, which Judge Lamberth has adopted.  The United States' motion to quash is currently due on or before April 30, 2021, with briefing set to conclude on June 25, 2021.

- 2 -

The United States believes that litigation concerning the claim filed by Fujairah International Oil & Gas Corporation ("FIOGC") in this action should proceed in parallel to litigation in *Greenbaum* and its related cases. The core issues implicated by FIOGC's claim (which are based on its prior alleged ownership of the Defendant Property) differ from those that will be presented in any claim filed by Greenbaum Plaintiffs (which would be based on their after acquired interest in the Defendant Property by virtue of their writs). As such, the United States believes that no judicial economy would be served at this time by staying this proceeding pending the resolution of the United States' anticipated motion to quash the writs obtained by the Greenbaum Plaintiffs.

Respectfully submitted,

| | |
|---|---|
| CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>By:      */s/ Brian P. Hudak*<br>       BRIAN P. HUDAK<br>       MICHAEL P. GRADY<br>       Assistant United States Attorneys<br>       555 Fourth Street, NW<br>       Washington, DC 20530<br>       (202) 252-2500 | DAVID LIM<br>Trial Attorney<br>Counterintelligence & Export Control Section<br>National Security Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW, Suite 7700D<br>Washington, D.C. 20530<br>(202) 514-0510 |

*Attorneys for the United States of America*


Dated: April 2, 2021