UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE ACHILLEAS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9398072,<br><br>        Defendant. | Civil Action No. 21-0305 (PLF) |

**RESPONSE TO COURT ORDER REGARDING EXTENSION OF
POTENTIAL CLAIMANTS' CLAIM DEADLINE**

By and through its undersigned counsel, Plaintiff the United States of America ("United States" or Government") respectfully submits this response to the Court's Minute Order of April 5, 2021, regarding the notice provided to plaintiffs in (1) *Greenbaum v. Islamic Republic of Iran*, Civ. A. No. 02-2148 (RCL) (D.D.C.); (2) *Acosta v. Islamic Republic of Iran*, Civ. A. No. 06-0745 (RCL) (D.D.C.); (3) *Beer v. Islamic Republic of Iran*, Civ. A. No. 06-0473 (RCL) (D.D.C.); and (4) *Kirschenbaum v. Islamic Republic of Iran*, Civ. A. No. 03-1708 (RCL) (D.D.C.) (collectively, the "Greenbaum Plaintiffs").

Prior to filing the United States' Notice of Extension of Potential Claimants' Claim Deadline (ECF No. 18), the United States sent counsel for the Greenbaum Plaintiffs a draft of the paragraph in that Notice concerning the Greenbaum Plaintiffs' claim deadline to ensure it accurately reflected the parties' agreement. Counsel for the Greenbaum Plaintiffs confirmed the paragraph was acceptable to them.

Additionally, in response to the Court's Order—and to ensure that the Greenbaum Plaintiffs have received full, formal notice of all proceedings in this action—the United States sent the Greenbaum Plaintiffs this same date (i) a copy of the as-filed version of the United States' Notice of Extension of Potential Claimants' Claim Deadline (ECF No. 18); (ii) this Response; and (iii) a formal notice contemplated by Supplemental Rule G(4)(b), setting the deadline for the Greenbaum Plaintiffs' claim to be 30 days following final resolution (including the conclusion of any appeals) of the United States' anticipated motion to quash the writs entered in *Greenbaum* and its related actions concerning the Defendant Property.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

By:     */s/ Brian P. Hudak*
    BRIAN P. HUDAK
    MICHAEL P. GRADY
    Assistant United States Attorneys
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-2500

DAVID LIM
Trial Attorney
Counterintelligence & Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Suite 7700D
Washington, D.C. 20530
(202) 514-0510

*Attorneys for the United States of America*

Dated: April 6, 2021