UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE ACHILLEAS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9398072,<br><br>Defendant In Rem. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-0305 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING ACCOUNTING OF INTERLOCUTORY SALE**

By and through its undersigned counsel, Plaintiff United States of America ("United States" or "Government") respectfully submits this notice to account for the proceeds and costs of the interlocutory sale of the Defendant Property conducted pursuant to the Court's Order of February 9, 2021 (ECF No. 5).

As detailed in the attached declaration, the United States sold the Defendant Property for $110,812,488.48 and incurred reasonable and necessary costs to transport and sell the Defendant Property in the amount of $11,144,460.88.  Accordingly, the net proceeds of the interlocutory sale total $99,668,027.60 before interest.  These proceeds are the substitute res in this matter.  *See* Fed. R. Civ. P. Supp. R. G(7)(b)(iv).  The United States is holding the substitute res in an interest-bearing account maintained by the Government pending the conclusion of the action as per the requirements of the Court's Order of February 9, 2021.

- 2 -

Dated: April 30, 2021
      Washington, DC

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

By:     */s/ Brian P. Hudak*
    BRIAN P. HUDAK
    MICHAEL P. GRADY
    Assistant United States Attorneys
    555 Fourth Street, NW
    Washington, DC 20530
    (202) 252-7566 (main line)

*Attorneys for the United States of America*