IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

U.S.A.
V.
ALL PETROLEUM-PRODUCT CARGO...

CIVIL ACTION NO.: 21-0305 (PLF)

RECEIVED
MAILROOM
SEP 24 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

MOTION / REQUEST
BY BILLY G. ASEMANI
FOR CLARIFICATION AND FOR A STATUS-UPDATE

YESTERDAY (SEPTEMBER 15, 2026), ASEMANI WAS DELIVERED A LEGAL-MAIL (SEE EXHIBIT A), FROM DIMITAR P. GEORGIEV, ASSISTANT U.S. ATTORNEY.

SAID MAIL CONTAINED A PLEADING ENTITLED: "UNITED STATES'S RESPONSE TO THE COURT'S ORDER[.]" EXHIBIT B IS A COPY OF THAT THREE-PAGE PLEADING.

THE "CERTIFICATE OF SERVICE" OF THE PLEADING HAS GEORGIEV'S SIGNATURE, CERTIFYING THAT IT WAS MAILED TO ASEMANI "ON SEPTEMBER 9, 2026[.]" ID.

HOWEVER, THE VERY FIRST SENTENCE OF SAID PLEADING STATES THAT IT IS IN "RESPONSE TO THE COURT'S SEPTEMBER 11, 2026 ORDER (DKT. 85)." ID.

CLEARLY, ONE OF THOSE TWO DATES (9/09 OR 9/11) IS WRONG; BUT, IN EITHER CASE, ASEMANI, AS OF THIS WRITING, HAS NOT RECEIVED A COPY OF THE COURT ORDER TO WHICH GEORGIEV APPEARS TO BE RESPONDING.

FOR OBVIOUS REASONS, ASEMANI IS UNABLE TO PROCEED WITH ANY FURTHER FILING(S) OF HIS, UNTIL HE IS SERVED WITH A COPY OF THE COURT'S ORDER (DKT. 85).

WHEREFORE, PREMISES CONSIDERED, AND FOR THE FOREGOING REASONS, ASEMANI RESPECTFULLY REQUESTS OF THE HONORABLE COURT TO INSTRUCT THE CLERK OF COURT TO PROVIDE HIM WITH A COPY OF THE ORDER IN QUESTION. ASEMANI ALSO RESPECTFULLY MOVES THE HONORABLE COURT TO APPRISE HIM OF THE CURRENT POSTURE OF THE MATTER, AS IT RELATES TO HIS EFFORTS TO BE FORMALLY RECOGNIZED AS AN "INTERESTED PARTY."

RESPECTFULLY SUBMITTED, Billy G. Ase ++++++++++++++++++++++++ BILLY G. ASEMANI, PRO SE 9/16/26

## CERTIFICATE OF SERVICE

I certify that on 9/16/26 (date) I served a complete copy of this Informal Brief on all parties by mailing it to:

Dimitar P. Georgiev, A.U.S.A.
601 D. Street, NW
Washington, D.C.
20530

Billy G. Asemani
Signature

***Please note:*** *If the Certificate of Service is not completed, this filing will not be accepted. If you do not serve the other party or parties in this case, this filing may be stricken and the appeal dismissed.*

## IF YOU ARE AN INCARCERATED INDIVIDUAL IN A CORRECTIONAL FACILITY FILL OUT THIS CERTIFICATE

### CERTIFICATE OF FILING

I, Billy G. Asemani (name), certify that (1) I am involuntarily confined in WCI (name of facility); I have no direct access to the U.S. Postal Service or to a permitted means of electronically filing the attached pleading or paper; (3) on 9/16/26 (date) at approximately 10 AM (time) I personally [ ] deposited the attached pleading or paper for mailing in a receptacle designated by the facility for outgoing mail or [V] delivered it to an employee of the facility authorized by the facility to collect outgoing mail; and (4) the item was in mailable form and had the correct postage on it.

I solemnly affirm this 16th day of September 2026, under the penalty of perjury and upon personal knowledge that the foregoing statements are true.

Billy G. Asemani
Signature

**U.S. Department of Justice**
United States Attorney
*District of Columbia*

*Judiciary Center*
*601 D St., N.W.*
*Washington, D.C. 20579*

Official Business

EXHIBIT A

quadient
09/10/2026
US POSTAGE $0

RECEIVED
SEP 15 2026
MAIL ROOM
WCI/NBCI

SB4

Billy G. Asemani
WCI# 339096
13800 Mcmullen Hwy, SW
Cumberland MD 21502

EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAILROOM
SEP 24 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

ALL PETROLEUM-PRODUCT CARGO ABOARD THE ACHILLEAS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9398072,

*Defendant*.

Civil Action No. 21-0305 (PLF)

**UNITED STATES'S RESPONSE TO THE COURT'S ORDER**

The United State of America respectfully submits this response to the Court's September 11, 2026, Order (Dkt. 85). The Court previously agreed with the United States that Billy G. Asemani's Motion to Intervene ("Mot. to Intervene," Dkt. 80), improperly invoked Rule 24 of the Federal Rules of Civil Procedure ("Rule 24"). Mem. Op. & Or. (Dkt. 82) at 4; *see also* Reply (Dkt. 83) at 1 (Asemani conceding that Rule 24 does not apply). And even if construed as a motion to intervene under Supplemental Rule G(5), the Court agreed that Asemani neither asserted an interest in the specific property nor filed an answer to the verified complaint. Mem. Op. & Or. (Dkt. 82) at 4. Nothing in Asemani's Reply presents new information sufficient to disturb that denial.

Asemani chiefly argues that he should be permitted "45 days to file his supplemental/amended brief," Reply (Dkt. 83) at 1, apparently because he asserts a claim based on a Maryland state court judgment against Iran, Ex. 2, Reply (Dkt. 83-2) at 2. That is not new information. *See* Opp'n (Dkt. 81) at 2, n.1. And such perfunctory assertion of an interest does not satisfy the requirements of Rule G(5). Rather, he must file "a claim to the property and an answer

to the Government's complaint." *All Assets Held at Bank Julius Baer & Co.*, 743 F. Supp 3d 204, 217 (D.D.C. 2024); *see also* Supp. R. G(5)(a); *United States v. Fifty-Three Virtual Currency Accounts*, Civ. A. No. 20-2227 (RC), 2025 WL 2732705, at *3 (D.D.C. Sep. 25, 2025) ("To contest forfeiture, a claimant must file a verified claim and an answer pursuant to Supplemental Rule G(5)."). And he had to do so by June 11, 2026. Mem. Op. & Or. (Dkt. 82) at 5. As the Court correctly noted, Asemani, even though proceeding *pro se*, was required to comply with those rules and failed to do so. *Id.* His one-page reply does not cure those deficiencies.

Asemani also argues that his case in the United States District Court for the Southern District of Florida "remains open and pending." Reply (Dkt. 83) at 1. But that Court closed the case on September 2, 2026. Ex. 1, *Asemani v. OFAC*, Civ. A. No. 26-14051 (S.D. Fla. Sep. 2, 2026). Any argument based on that case is unavailing.

For the foregoing reasons, the Court should not disturb its denial of Asemani's motion to intervene.

Dated: September 9, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *Dimitar P. Georgiev*

DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*

CERTIFICATE OF SERVICE

I, Dimitar P. Georgiev, certify that on September 9, 2026, I caused a true and complete copy of the foregoing filing to be served via mail on Billy Asemani at the address available on the docket:

Billy G. Asemani
WCI# 339096
13800 Mcmullen Hwy, SW
Cumberland MD 21502

By: *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV
Assistant United States Attorney