UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE ACHILLEAS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9398072,<br><br>Defendant In Rem,<br><br>FUJAIRAH INTERNATIONAL OIL & GAS CORPORATION,<br><br>Claimant,<br><br>- and -<br><br>STEVEN M. GREENBAUM, et al.,<br><br>Claimants. | Civil Action No. 21-0305 (PLF) |

ORDER

Before the Court is Billy G. Asemani's Motion / Request for Clarification and for a Status Update ("Mot.") [Dkt. No. 90]. Mr. Asemani asks the Court to instruct the Clerk of Court to provide Mr. Asemani with a copy of Dkt. No. 85, which is the Court's Order dated September 4, 2026. See Mot. Mr. Asemani also seeks an update on the current posture of this matter. See id. On September 25, 2026, a copy of the most recent filing in this matter—an Order reiterating the Court's denial of Mr. Asemani's intervention motion and denying his request for forty-five days to file a supplemental or amended brief—was mailed to Mr. Asemani at his address of record.

See Dkt. No. 89. On October 15, 2026, a copy of the docket sheet in this matter was mailed to Mr. Asemani at his address of record. Mr. Asemani therefore has been updated on the current posture of this matter. Accordingly, it is hereby

ORDERED that Mr. Asemani's Motion / Request for Clarification and for a Status Update [Dkt. No. 90] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the Clerk of Court shall mail a copy of Dkt. No. 85 to Mr. Asemani at his address of record; and it is

FURTHER ORDERED that Mr. Asemani's Motion is otherwise DENIED as moot.

SO ORDERED.

Paul L Friedman

PAUL L. FRIEDMAN
United States District Judge

DATE: 10/30/26