UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE ACHILLEAS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9398072,<br><br>Defendant In Rem,<br><br>FUJAIRAH INTERNATIONAL OIL & GAS CORPORATION,<br><br>Claimant,<br><br>- and -<br><br>STEVEN M. GREENBAUM, et al.,<br><br>Claimants. | Civil Action No. 21-0305 (PLF) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the United States' Motion to Strike or for Partial Judgment on Affirmative Defenses Asserted by FIOGC [Dkt. No. 66] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the Court will strike the following affirmative defenses asserted by Fujairah International Oil & Gas Corporation ("FIOGC"): lack of subject matter jurisdiction (no. 1), equitable defenses (no. 9), and comity of nations (no. 11). FIOGC has

withdrawn the following affirmative defenses: lack of probable cause (no. 5), takings (no. 7), improper advisory opinion (no. 10), and reservation of defenses (no. 15). It is

FURTHER ORDERED that FIOGC may proceed with the following affirmative defenses: lack of in rem jurisdiction (no. 2), innocent owner (no. 3), antiterrorist forfeiture protection (no. 4), failure to state a claim (no. 6), lack of particularity (no. 12), excessive fines (no. 13), and sovereign immunity (no. 14); it is

FURTHER ORDERED that FIOGC may proceed with its due process defense (no. 8) to the extent that defense pertains to procedural due process concerns, as described in the accompanying Opinion; and it is

FURTHER ORDERED that the parties shall meet and confer and submit a joint status report on or before November 20, 2026, proposing next steps for how this case should proceed in light of this Order and the accompanying Opinion.

SO ORDERED.

Paul L. Friedman

PAUL L. FRIEDMAN
United States District Judge

DATE: 11/2/26